UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO AUGUSTO SANTIBANEZ VASQUEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION CENTER, et al.,

Respondents.

No. 2:26-cv-00547-DJC-SCR

ORDER

Petitioner is a noncitizen from Colombia who was admitted into the United States in January 2021 as nonimmigration visitor for business with authorization to remain in the country for a temporary period not to exceed 180 days. (Habeas Petition ("Pet.") ¶ 2; Motion to Dismiss ("Mot.") (ECF No. 8) at 1 citing (ECF No. 8-1).) Petitioner remained in the United States beyond this time period without authorization. (ECF No 8-1). In July 2023, Petitioner was arrested and charged with driving under the influence, but that charge was dismissed and he sustained a conviction for reckless driving. (Mot. at 2 citing (ECF No. 8-2) at 6.) On December 7, 2025, United States Border Patrol took Petitioner into custody. (Pet. ¶ 3.) Petitioner was granted a bond hearing before an Immigration Judge who denied his request for

1

release on bond.  (*Id.* ¶ 6.)  Petitioner timely filed an appeal of the decision to the BIA.  (*Id.*)  Petitioner now brings the instant Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order (Mot. TRO (ECF No. 2)).  Petitioner's Habeas Petition raises two claims for relief under the Due Process clause: one alleging prolonged detention and the other alleging a constitutionally deficient bond hearing.

The Court finds that Petitioner is unlikely to succeed on the merits of his claims.  Petitioner has received a bond hearing but, at this stage, has not met his burden in showing that the bond hearing violated due process or that his detention is prolonged.  Because Petitioner has not demonstrated serious questions or a likelihood of success on the merits as to his claims, the Court need not consider the other *Winter* factors.  *California v. Azar,* 911 F.3d 558, 575 (9th Cir. 2018).

In accordance with the above, Petitioner's Motion for Temporary Restraining Order (ECF No. 2) is DENIED.  This matter is REFERRED to the assigned Magistrate Judge pursuant to Local Rule 302(c)(17).

IT IS SO ORDERED.

Dated:    **March 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – SantibanezVasquez26cv00547.tro_v1

2