UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO AUGUSTO SANTIBANEZ VAZQUEZ (A# 246 057 182),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

No.  2:26-cv-00547 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2026, the Magistrate Judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 13.  Petitioner previously filed extensive objections to the original findings and recommendations that stated his opposition to affording relief on several grounds.  ECF No. 12.  Petitioner argues that the Magistrate Judge erred by: (1) improperly bypassing the prudential exhaustion doctrine to prematurely rule on the merits; (2) misapplying the *Zadvydas* standard for prolonged detention; (3)

1

concluding that *Rodrguez Diaz v. Garland*, 53 F.4th 1189 (9th Cir. 2022) forecloses petitioner's as-applied challenge to the burden of proof; (4) applying an incorrect standard of review to the immigration judge's dangerousness determination; and (5) reading *Martinez v. Clark*, 124 F.4th 775 (9th Cir. 2024) too narrowly.  *Id.* at 1-4.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are adopted in full.

2. Respondent's motion to dismiss (ECF No. 8) is DENIED.

3. Petitioner's (A# 246 057 182) application for a writ of habeas corpus (ECF No. 1) is DENIED without prejudice.

4. The Clerk of Court is directed to enter judgment in favor of Respondent and to close this case.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2